■ In the Matter of LYNNE BLAKE, Petitioner, v NORMAN C. RYP et al., Respondents. — Application for a writ of mandamus unanimously denied, the cross motion granted, and the petition dismissed as moot, without costs and without disbursements. No opinion. Concur — Kupferman, J. P., Markewich, Lupiano, Lynch and Milonas, JJ.

■ DAVID ZLINKOFF, Petitioner, v MILLARD L. MIDONICK et al., Respondents. — Application for a writ of mandamus unanimously denied, without costs and without disbursements. No opinion. Concur — Kupferman, J. P., Markewich, Lupiano, Lynch and Milonas, JJ.